UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER BECKER-RAYNOR,

        Plaintiff,

    -against-

LONG ISLAND RAILROAD COMPANY,

        Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-11454 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on June 4, 2020, at 2:30 p.m. The conference will be held by phone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

    The parties are also directed to review and comply with the undersigned=s Procedures Applicable to Cases Referred for Settlement, which may be found on the Court=s website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** laura_midwood@nysd.uscourts.gov.

    Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York          SO ORDERED:
      May 19, 2020

                                        *Kevin Nathaniel Fox*
                                KEVIN NATHANIEL FOX
                                UNITED STATES MAGISTRATE JUDGE