UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JENNIFER BECKER-RAYNOR,

                Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2020
```

19 Civ. 11454 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A case management conference is scheduled in this action for **August 19, 2020**, at **11:40 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at 11:40 a.m. on August 19, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    SO ORDERED.

Dated: August 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge