UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER BECKER-RAYNOR,

                Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2020_

19 Civ. 11454 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 19, 2020, the Court ordered the parties to submit a joint letter by September 18, 2020, indicating whether they consent to a bench trial before a magistrate judge. ECF No. 28. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter by **October 9, 2020**.

SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge