UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER BECKER-RAYNOR,

                    Plaintiff,

          -against-

LONG ISLAND RAILROAD COMPANY,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2022
```

19 Civ. 11454 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Court has determined it is not feasible to set a trial date in this matter in the second quarter of 2022.  Accordingly, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for this matter in the third or fourth calendar quarters of 2022.  Accordingly, by **May 1, 2022**, the parties shall submit blackout dates for the third and fourth calendar quarters of 2022.

      The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

      SO ORDERED.

Dated: March 4, 2022
      New York, New York

                               ANALISA TORRES
                          United States District Judge