UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER BECKER-RAYNOR,

                              Plaintiff,

        -against-

LONG ISLAND RAILROAD COMPANY,

                             Defendant.
-----------------------------------------------------------------X

**ORDER**

**19-CV-11454 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on February 1, 2022 for settlement. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **August 8, 2022**. Proposed dates should be in the first two weeks of September.

       SO ORDERED.

DATED:    New York, New York
               August 1, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge