```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JENNIFER BECKER-RAYNOR,

                          Plaintiff,

          -against-                                    19 Civ. 11454 (AT) (JW)

LONG ISLAND RAILROAD COMPANY,                                 ORDER

                          Defendant.
```

ANALISA TORRES, United States District Judge:

The Court has been advised that all claims asserted herein have been settled in principle. ECF Nos. 51, 53. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within sixty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

It is further ordered that the trial scheduled for November 2, 2022, at 9:00 a.m., is VACATED.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 28, 2022
       New York, New York

ANALISA TORRES
United States District Judge